UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Richardo Saucedo    Docket No. 5:14-MJ-2062-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Richardo Saucedo, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on March 4, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is being supervised in the Middle District of North Carolina by U.S. Probation Officer Karen J. Tremblay. Officer Tremblay reports that the defendant has not completed the 24 hours of community service hours or paid his $10 special assessment and $200 fine as ordered. She reports that the defendant has reported that he has not completed his community service obligation due to chronic back problems. It is noted that the defendant has been employed full-time in the heating and air field during the entire period of supervision. The defendant completed his driving while impaired assessment, but has not started the required treatment. Since it has been over six months since completing his assessment, he will be required to complete the assessment again prior to being allowed to start the required treatment. Officer Tremblay has recommended that the term of probation be extended for six months to allow the defendant additional time to complete these obligations.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 6 months to the new expiration date of September 3, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2537 |
| | Executed On: January 22, 2016 |

**ORDER OF THE COURT**

Considered and ordered this __25th__ day of __January__, 2016 and ordered filed and made a part of the records in the above case.

/s/ Robert T. Numbers II
Robert T. Numbers, II
U.S. Magistrate Judge